AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:25-mc-80192-SVK |
| IN RE: DMCA SECTION 512(h) SUBPOENA TO GOOGLE, LLC D/B/A YOUTUBE | ) ) ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: GOOGLE, LLC D/B/A YOUTUBE
C/O CORPORATION SERVICE CO., 2710 GATEWAY OAKS DR., SUITE 150N, SACRAMENTO, CA 95833

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE ATTACHMENT A

| Place: VIA EMAIL ONLY: RSN@RANDALLNEWMAN.NET | Date and Time: 08/08/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: July 15, 2025

CLERK OF COURT
Mark B. Busby

*Kim Means*
_____    OR    _____
*Signature of Clerk or Deputy Clerk*                                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, Christopher J. Cordova, who issues or requests this subpoena, are:

Randall S. Newman, 99 Wall St, Ste. 3727, New York, NY 10005, rsn@randallnewman.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# ATTACHMENT A

## DOCUMENTS TO BE PRODUCED UNDER SUBPOENA

1. All identifying information, including the name(s), address(es), telephone number(s), email address(es), and IP address(es) for the user(s) associated with the following YouTube channel: **https://www.youtube.com/@drdaveprofessor**. Please include all identifying information provided when this channel was established, as well as all identifying information provided subsequently for billing, administrative or AdSense revenue purposes.

2. All identifying information, including the name(s), address(es), telephone number(s), email address(es), social media profile data, and IP address(es), for the users who posted, uploaded, downloaded or modified the data at the following URL: **https://www.youtube.com/watch?v=0hrKR-9yZhU.**

3. All identifying information, including the name(s), address(es), telephone number(s), email address(es), social media profile data, and IP address(es), for the users who posted, uploaded, downloaded or modified the data at the following URL: **https://www.youtube.com/watch?v=35g6vyQXX2s.**

4. All identifying information, including the name(s), address(es), telephone number(s), email address(es), social media profile data, and IP address(es), for the users who posted, uploaded, downloaded or modified the data at the following URL: **https://www.youtube.com/watch?v=5Q7vOXucHJw.**

5. All identifying information, including the name(s), address(es), telephone number(s), email address(es), social media profile data, and IP address(es), for the users who posted, uploaded, downloaded or modified the data at the following URL: **https://www.youtube.com/watch?v=hPBl-0gtNRg.**

6. All identifying information, including the name(s), address(es), telephone number(s), email address(es), social media profile data, and IP address(es), for the users who posted, uploaded, downloaded or modified the data at the following URL: **https://www.youtube.com/watch?v=izLHm3p2mrE.**

7. All identifying information, including the name(s), address(es), telephone number(s), email address(es), social media profile data, and IP address(es), for the users who posted, uploaded, downloaded or modified the data at the following URL: **https://www.youtube.com/watch?v=jFXYB28p9go.**

8. All identifying information, including the name(s), address(es), telephone number(s), email address(es), social media profile data, and IP address(es), for the users who posted, uploaded, downloaded or modified the data at the following URL: **https://www.youtube.com/watch?v=mmHT8HWedJ4.**

9. All identifying information, including the name(s), address(es), telephone number(s), email address(es), social media profile data, and IP address(es), for the users who posted, uploaded, downloaded or modified the data at the following URL: **https://www.youtube.com/watch?v=rB0QElCJsqI.**

10. All identifying information, including the name(s), address(es), telephone number(s), email address(es), social media profile data, and IP address(es), for the users who posted, uploaded, downloaded or modified the data at the following URL: **https://www.youtube.com/watch?v=u8s3hR8EpL8.**

11. All identifying information, including the name(s), address(es), telephone number(s), email address(es), social media profile data, and IP address(es), for the users who posted, uploaded, downloaded or modified the data at the following URL: **https://www.youtube.com/watch?v=v8BxJTGSBpo.**